UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VIDAL FLORES,

        Petitioner,

vs.	Case No. 2:05-cv-42-FtM-29DNF

DEP'T OF CHILDREN AND FAMILIES,
CHARLIE CRIST, STATE OF FLORIDA,

        Respondents.
_____

**OPINION AND ORDER**

This matter comes before the Court on petitioner's Notice of Appeal (Doc. #17), request for a certificate of appealability (Doc. #18) filed on December 15, 2005.

On April 24, 1996, the President signed into law amendments to 28 U.S.C. §§ 2244, 2253, 2254, 2255, Appellate Rule 22, and 21 U.S.C. § 848(q). Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues. The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003).

Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's

assessment of the constitutional claims debatable or wrong.  See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000).  When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001).  "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims." Miller-El v. Cockrell, 537 U.S. at 336.

On November 9, 2005, the Court entered an Opinion and Order (Doc. #14) dismissing petitioner's Amended Petition for Habeas Corpus under 28 U.S.C. § 2254 (Doc. #5) without prejudice because petitioner was not in custody of either the State or the INS.  The Court finds that petitioner has failed to show that jurists of reason would find it debatable whether the Court was correct in its procedural ruling.  Therefore, the certificate of appealability is due to be denied.

Accordingly, it is now

**ORDERED:**

Petitioner's request for a certificate of appealability, deemed included in the Notice of Appeal (Doc. #18), is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __15th__ day of December, 2005.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
Parties of record
SA/hk
SA/as